```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

LEROY FRANKLIN, THOMAS TERRILL,
JAMES CARROLL, TIMOTHY PIERCE, and
DAVID RUFF, Individually, and on behalf of all
others similarly situated,                            PLAINTIFFS

              v.          Civil No. 07-5002

GENERAL TRUCKING, LLC, and BASIC

CONSTRUCTION CO., INC.                                DEFENDANTS


## O R D E R

NOW on this 2nd day of September, 2008, the above referenced matter comes on for this Court's consideration. As a matter of case management, the Court notes that the following three pending motions are, as the case currently stands, **moot, and should be, and hereby are, denied** as such:

   *   **Plaintiffs' Motion in Limine (document #42);**

   *   **Defendants' Objections to Plaintiffs' Pretrial Disclosure Sheet and Defendants' Motion in Limine (document #44);** and,

   *   **Plaintiffs' Amended Objection to Defendants' Motion for Leave to File Amended Answer (document #46).**

If either party believes these motions contained issues not yet addressed by the Court, they may address such issues by motion at any time appropriate.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE