IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEROY FRANKLIN, THOMAS TERRILL,
JAMES CARROLL, TIMOTHY BRACE and
DAVID RUFF, Individually, and on behalf of
all others similarly situated                                                                  PLAINTIFFS

VS.                         CASE NO. 07-5002

GENERAL TRUCKING, LLC and
BASIC CONSTRUCTION CO., INC.                                                          DEFENDANTS

O R D E R

       Now on this 4th day of December, 2008, comes on to be considered plaintiffs' Motion to Request Approval of Class Action Settlement (Doc. 99), attorney fees and costs. A hearing was held before the Court with named plaintiffs present represented by class counsel, Brent Sterling and Chadd Mason, and defendants represented by counsel, Stevan E. Vowell. Objector, Terry Long, did not appear. Based upon the pleadings of the parties, representations of counsel, and all other matters of relevance before it, the Court, being well and sufficiently advised, concludes that the motion should be granted. Plaintiffs are hereby granted a one-third attorney's fee and costs of $3,570.00. The one-third attorney's fee will be deducted from each individual class member's damage amount and each individual class member will be charged their equal share of the case costs in the amount of $23.80 per class member.

       IT IS SO ORDERED.

                                               /s/Jimm Larry Hendren
                                               JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE